IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRANSTAR HOLDINGS #2, LLC,<br><br>                Petitioner,<br><br>v.<br><br>A.M. CASTLE & CO.,<br><br>                Respondent. | Case No. 08-CV-4854 |

### AMENDED NOTICE OF PETITION

TO:    Charles H.R. Peters        CT Corporation System
         Jason Torf                   208 S. LaSalle Street
         David Giles                 Suite 814
         SCHIFF HARDIN, LLP      Chicago, IL 60604
         233 S. Wacker Drive
         Chicago, IL 60606-6473

      PLEASE TAKE NOTICE that on **September 17, 2008 at 10:30 A.M.**, the undersigned shall appear before the Honorable Judge John F. Grady in Courtroom 2201 of the United States Courthouse for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and present the following **PETITION OF TRANSTAR HOLDINGS #2, LLC TO CONFIRM ARBITRATION AWARDS**, a copy of which is attached hereto and hereby served upon you.

Dated:  August 26, 2008        By:  _____
                                                                  Edward M. Shin

Matthew F. Prewitt (ARDC No. 6237904)
Edward M. Shin (ARDC No. 6275913)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, IL 60601
Telephone: (312) 456-8400
Facsimile:  (312) 456-8435

## CERTIFICATE OF SERVICE

Edward M. Shin, an attorney, hereby certifies that on August 26, 2008, he caused the foregoing **AMENDED NOTICE OF PETITION** to be served via hand delivery to the following:

Charles H.R. Peters  
Jason Torf  
David Giles  
SCHIFF HARDIN, LLP  
233 S. Wacker Drive  
Chicago, IL 60606-6473  

CT Corporation System  
208 S. LaSalle Street  
Suite 814  
Chicago, IL 60604  

_____  
Edward M. Shin