**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

TRANSTAR HOLDINGS #2, LLC,

                                Petitioner,

     v.

A.M. CASTLE & CO.,

                                Respondent.

Case No. 08-CV-4854

## AMENDED NOTICE OF MOTION

TO:    Charles H.R. Peters       CT Corporation System
        Jason Torf                208 S. LaSalle Street
        David Giles               Suite 814
        SCHIFF HARDIN, LLP     Chicago, IL  60604
        233 S. Wacker Drive
        Chicago, IL  60606-6473

       PLEASE TAKE NOTICE that on  **September 17, 2008 at 10:30 A.M.**, the undersigned shall appear before the Honorable John F. Grady in Courtroom 2201 of the United States Courthouse for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and present the following **MOTION OF TRANSTAR HOLDINGS #2, LLC TO FILE DOCUMENTS UNDER SEAL**, a copy of which is attached hereto and hereby served upon you.

Dated:  August 26, 2008     By:    _____
                                        Edward M. Shin

Matthew F. Prewitt (ARDC No. 6237904)
Edward M. Shin (ARDC No. 6275913)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, IL 60601
Telephone: (312) 456-8400
Facsimile:  (312) 456-8435

## CERTIFICATE OF SERVICE

Edward M. Shin, an attorney, hereby certifies that on August 26, 2008, he caused the foregoing **AMENDED NOTICE OF MOTION** to be served via hand delivery to the following:

Charles H.R. Peters                 CT Corporation System
Jason Torf                          208 S. LaSalle Street
David Giles                         Suite 814
SCHIFF HARDIN, LLP                  Chicago, IL  60604
233 S. Wacker Drive
Chicago, IL  60606-6473

                                    Edward M. Shin