IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRANSTAR HOLDINGS #2, LLC, | |
| Petitioner, | 08CV4854 |
| v. | JUDGE GRADY |
| A.M. CASTLE & CO., | MAGISTRATE JUDGE BROWN |
| Respondent. | |

### MOTION OF TRANSTAR HOLDINGS #2, LLC
### FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Petitioner Transtar Holdings #2, LLC, by and through its attorneys, respectfully moves this Court for entry of a Restricting Order pursuant to Local Rule 26.2 of the Rules of the United States District Court for the Northern District Court of Illinois, and in support thereof, states as follows:

### ARGUMENT

1. Concurrently with the filing of the instant motion, Petitioner Transtar Holdings #2, LLC ("Seller") has filed a Petition to Confirm Arbitration Awards (the "Petition"), which seeks to confirm two awards (the "Awards") that were entered in the matter captioned, *Transtar Holdings #2, LLC v. A.M. Castle & Co.*, No. 14 180 Y 00334 08 (the "Arbitration").

FILED

AUG 25 2008
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

2. Seller seeks to attach the Awards as exhibits to – and in support of – the Petition. The Awards, however, may contain confidential business information of the Respondent, A.M. Castle & Co. ("Buyer").

3. Accordingly, Seller respectfully requests that this Court enter a Restricting Order pursuant to Local Rule 26.2 so that the Awards may be filed under seal pursuant to Local Rule 5.8.

**WHEREFORE,** Petitioner Transtar Holdings #2, LLC respectfully requests that this Court enter a Restricting Order pursuant to Local Rule 26.2 so that the Awards may be filed under seal pursuant to Local Rule 5.8, and for such other and further relief as this Court deems just and proper.

Dated: Chicago, Illinois  
August 25, 2008

TRANSTAR HOLDINGS #2, LLC,

By: _____  
One of its Attorneys

Matthew F. Prewitt (ARDC No. 6237904)  
Edward M. Shin (ARDC No. 6275913)  
GREENBERG TRAURIG, LLP  
77 West Wacker Drive, Suite 2500  
Chicago, IL 60601  
Telephone: (312) 456-8400  
Facsimile: (312) 456-8435

2

## CERTIFICATE OF SERVICE

Matthew F. Prewitt, an attorney, hereby certifies that on August 25, 2008, he caused the foregoing **MOTION OF TRANSTAR HOLDINGS #2, LLC TO FILE DOCUMENTS UNDER SEAL** to be served via hand delivery to the following:

Charles H.R. Peters  
Jason Torf  
David Giles  
SCHIFF HARDIN, LLP  
233 S. Wacker Drive  
Chicago, IL  60606-6473

CT Corporation System  
208 S. LaSalle Street  
Suite 814  
Chicago, IL  60604

_____  
Matthew F. Prewitt