IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRANSTAR HOLDINGS #2, LLC,

          Petitioner,

v.

A.M. CASTLE & CO.,

          Respondent.

08CV4854
JUDGE GRADY
MAGISTRATE JUDGE BROWN

### NOTICE OF MOTION

**FILED**

AUG 2 5 2008 TC
Aug 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO:    Charles H.R. Peters
         Jason Torf
         David Giles
         SCHIFF HARDIN, LLP
         233 S. Wacker Drive
         Chicago, IL 60606-6473

CT Corporation System
208 S. LaSalle Street
Suite 814
Chicago, IL 60604

PLEASE TAKE NOTICE that on September 3rd, 2008 at 10:30 A.M., the undersigned shall appear before the Honorable Judge Grady in Courtroom 2201 of the United States Courthouse for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and present the following **MOTION OF TRANSTAR HOLDINGS #2, LLC TO FILE DOCUMENTS UNDER SEAL**, a copy of which is attached hereto and hereby served upon you.

Dated: August 25, 2008      By: _____
                                                      One of its Attorneys

Matthew F. Prewitt (ARDC No. 6237904)
Edward M. Shin (ARDC No. 6275913)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, IL 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435